UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARIA MOREL,

                    Plaintiff,              JUDGMENT
                                                            18-cv-2108 (AMD)

      - against –

NYU LANGONE HOSPITAL-BROOKLYN F/K/A
LUTHERAN MEDICAL CENTER,
YITZCHAK MOSHENYAT, M.D. A/K/A
ISAAC MOSHENYAT, M.D.,
ADVANCED MEDICAL GROUP, P.C.,
DANIEL NOROWITZ, M.D. and
RADIOLOGY ASSOCIATES OF BROOKLYN, LLP,

                    Defendants.
------------------------------------------------------------ X

      An Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on April 20, 2018, dismissing the above-captioned action with prejudice as against Bhupendra Wagley, M.D. and the Health Center, and such dismissal is without costs to any party as against the others pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii); dismissing the above-captioned action without prejudice as against the United States of America, and such dismissal is without costs, expenses, fees or disbursement to any party as against the others; and remanding all remaining claims in this action by plaintiff against defendants NYU Langone Hospital-Brooklyn F/K/A Lutheran Medical Center, Yitzchak Moshenyat, M.D. A/K/A Isaac Moshenyat, M.D., Advanced Medical Group, P.C., Daniel Norowitz, M.D. and Radiology Associates Of Brooklyn, LLP to the New York State Supreme Court, Kings County; it is

      ORDERED and ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action is dismissed with prejudice as against Bhupendra Wagley, M.D. and the Health Center, and such dismissal is without costs to any party as

against the others; that pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action is dismissed without prejudice as against the United States of America, and such dismissal is without costs, expenses, fees or disbursement to any party as against the others; and that all remaining claims in this action by plaintiff against defendants NYU Langone Hospital-Brooklyn F/K/A Lutheran Medical Center, Yitzchak Moshenyat, M.D. A/K/A Isaac Moshenyat, M.D., Advanced Medical Group, P.C., Daniel Norowitz, M.D. and Radiology Associates of Brooklyn, LLP, are hereby remanded to the New York State Supreme Court, Kings County.

Dated: Brooklyn, NY  
April 23, 2018

Douglas C. Palmer  
Clerk of Court

By: */s/Jalitza Poveda*_____  
Deputy Clerk